UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STATE FARM FIRE & CASUALTY COMPANY
a/s/o DAVID CHOI,

                    Plaintiff,

-against-

PRIMO WATER CORP. and ELECTROTEMP
TECHNOLOGIES INC.,

                    Defendants.

---------------------------------------------------------------X

Civil Action No. 1:16-cv-07253

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and same hereby is discontinued with prejudice and without costs to either party, and an order to that effect may be entered without further notice.

This stipulation may be signed in counterparts; A facsimile of this stipulation may be used as an original for all purposes.

Dated:     Jericho, New York
              March 8, 2019

LAW OFFICES OF
STUART D. MARKOWITZ, P.C.

_____
By: Stuart D. Markowitz, Esq.
Attorneys for Plaintiff
*State Farm Fire & Casualty Company*
575 Jericho Turnpike, Suite 210
Jericho, New York 11753
(516) 935-3500

GALLO VITUCCI KLAR LLP

_____
By: Ivan C. Torres, Esq.
Attorneys for Defendant
*Primo Water Corp.*
90 Broad St., 12th Fl.
New York, NY 10004
(212) 683-7100

1

GOLDBERG SEGALLA LLP

*[signature]*

By: Elizabeth A. Chang, Esq.
Attorneys for Defendant
*Electrotemp Technologies Inc.*
600 Lexington Ave., Suite 900
New York, NY 10022-6000
(646)292-8700

SO ORDERED:

_____